**Federal Defenders
OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

September 5, 2017

**VIA ECF**

Honorable George B. Daniels
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

      ***Re*:**   *Jonathan Feliz v. United States*
            16-cv-4449
            09-cr-195-02

Dear Judge Daniels:

    I represent Jonathan Feliz on the above referenced matter. With the consent of the government, I respectfully request that the Court stay these proceedings until thirty days after the Second Circuit decides the rehearing petition in *United States v. Hill*, 14-3872 and its decision in *United States v. Barrett*, 14-2641. These two cases, which the Circuit is likely holding in abeyance until the Supreme Court resolves *Sessions v. Dimaya*, 15-1498, will determine the viability of Mr. Feliz's claim that the residual clause in 18 § U.S.C. 924(c) is void-for-vagueness.

    If the Court denies this request to stay the proceedings, I will file our supplemental brief as directed on September 11, 2017.

                                              Respectfully submitted,

                                                  /s/
                                            Annalisa Mirón
                                            Assistant Federal Defender
                                            (212) 417-8780
                                            annalisa_miron@fd.org

cc:      AUSA Michael Maimin