| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK |  |

------------------------------------

UNITED STATES OF AMERICA,

        -against-

JONATHAN FELIZ,

                      Defendant.

ORDER

09 Crim. 195-2 (GBD)

------------------------------------x

GEORGE B. DANIELS, District Judge:

This Court has received Defendant's *pro se* motion to modify his sentence pursuant to 18 U.S.C. § 3582(c)(1)(A). Defendant requests appointment of counsel. Federal Defenders of New York is hereby ordered to assume representation of Defendant for the purposes of Defendant's motion in the above-captioned matter.

Defendant's *pro se* motion has been forwarded to Federal Defenders of New York for their review. The Clerk of Court is directed to mail a copy of this order to Defendant.

Dated: February 11, 2021
      New York, New York

SO ORDERED.

_____
GEORGE B. DANIELS
UNITED STATES DISTRICT JUDGE